EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
LILIA E. GARCIA
Supervising Deputy Attorney General
RAQUEL M. GONZALEZ, State Bar No. 98992
Deputy Attorney General
110 West A Street, Suite 1100
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 645-2281
Fax: (619) 645-2271
Email: Raquel.Gonzalez@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID LEE HENLEY, JR,**<br><br>Petitioner,<br><br>**v.**<br><br>**MATT MARTEL, WARDEN,**<br><br>Respondent. | Civil No. 08-1085 JAH (CAB)<br><br>**APPLICATION FOR ENLARGEMENT OF TIME TO FILE RESPONDENT'S ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY, 28 U.S.C. § 2254**<br><br>Hearing: August 23, 2008<br>Judge: The Honorable Cathy Ann Bencivengo<br>United States Magistrate Judge<br>[No Hearing Required] |

Respondent, R. A. Horel, Warden of the California State Prison at Norco, California, by and through his attorneys, California Attorney General Edmund G. Brown Jr. and Raquel M. Gonzalez, Deputy Attorney General, makes this application for enlargement of time to file Respondent's Answer to the Petition for Writ of Habeas Corpus filed by a Person in State Custody, 28 U.S. C. § 2254. The Court's June 30, 2008, Order, directs Respondent to file a Response by August 23, 2008.

For the reasons stated in the attached Declaration, Respondent respectfully requests the Court grant a 30-day enlargement of the filing deadline for Respondent's Response to Petitioner's Request for Stay and Abeyance, and permit that it be filed by September 22, 2008.

Dated: August 19, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

LILIA E. GARCIA
Supervising Deputy Attorney General

s/ Raquel M. Gonzalez
RAQUEL M. GONZALEZ
Deputy Attorney General
Attorneys for Respondent

RMG/nh
70133920.wpd
SD2008801707

# DECLARATION

I, Raquel M. Gonzalez, declare under penalty of perjury as follows:

1. I am the Deputy Attorney General who represents Respondent-Warden in the habeas corpus proceeding by a state prisoner, DAVID LEE HENLY, JR., Petitioner, v. MATT MARTEL, Warden, Respondent, United States District Court, Southern District Civil No. 08cv1085 JAH (CAB). I am responsible for preparing Respondent's Answer and Memorandum of Points and Authorities in Response to Petitioner's Petition for Writ of Habeas Corpus filed by a Person in State Custody, 28 U.S. C. § 2254, which is due for filing by August 23, 2008, as directed by the June 30, 2008, Order.

2. I respectfully inform the Court that I will be unable to file Respondent's Answer by the August 23, 2008, deadline prescribed in the Court's June 30, 2008, Order, and will need a 30-day enlargement of the filing deadline, up to and including September 22, 2008.

3. I have been unable to work on the preparation of Respondent's Answer and Memorandum of Points and Authorities because I have been working on other matters that had been previously assigned to me.

4. I have been working on the following:

(1) I completed the Respondent's Brief in *People v. Allen,* California Court of Appeal, case no. E044016, a case of extraordinary length (1441- page Reporter's Transcript, 768 - page Clerk's Transcript), which was filed on July 14, 2008, under California Rules of Court, rule 8.360(c)(5)(B);

(2) I completed the Respondent's Brief in *People v. Muhammeem*, California Court of Appeal, case no. D052190, which was filed on July 18, 2008, under Rule 8.360(c)(5)(B);

(3) I completed the Supplemental Respondent's Brief in *People v. Lopez, et. al.*, California Court of Appeal, case no. E041719, which was filed on July 29, 2008;

(4) I completed the Respondent's Brief in *People v. Velazquez,* California Court of Appeal, case no. E044109, which was filed on August 8, 2008;

///

///

(5) I prepared the Opposition to the Motion to Compel Discovery in *Stewart v. Warden*, United States District Court, Southern District Civil No. 05cv1059-BTM (CAB), which was filed on or about August 13, 2008; and

(6) I have been working on *People v. Frausto*, California Court of Appeal, case no. E043979 - Respondent's Brief due August 22, 2008 ; and *In re Jesus Frausto, Jr.*, on habeas corpus, California Court of Appeal, case no. E046035 - Informal Letter Response due August 22, 2008.

5. I am also responsible for the following matters: (1) *People v. Zimmerman*, California Court of Appeal, case no. E045168 - Respondent's Brief due August 15, 2008; (2) *People v. Houck*, California Court of Appeal, case no. E045054 - Respondent's Brief due August 27, 2008; (3) *People v. Madsen*, California Court of Appeal, case no., E044303 - Respondent's Brief due August 22, 2008; (4) *Ngo v. Warden*, United States District Court, Central District Case No. EDCV 08-965-CAS (RNB) - Answer on the Merits and Memorandum of Points and Authorities due August 22, 2008; (5) *Jordan v. Warden*, United States District Court, Central District Case No. EDCV 08-490-MMM (MAN) - Answer on the Merits and Memorandum of Points and Authorities due September 14, 2008; (6) *People v. Madrigal*, California Court of Appeal, case no. E044644 - Respondent's Brief due September 5, 2008; and (7) *People v. Bui*, California Court of Appeal, case no. G039990 - Respondent's Brief due September 4, 2008.

6. Also, I have been working on urgent international child abduction matters, in which I have been assisting the district attorneys' offices in several counties with the preparation of documents to request the return of abducted children invoking the Hague Convention on the Civil Aspects of International Child Abduction, and addressing issues related to these matters with the Mexican Central Authority for Hague Cases, which resides in the Mexican Foreign Ministry, and the U.S. Central Authority, in the United States Department of State.

///

///

///

7. I apologize for any inconvenience that this request for enlargement of time may cause to the Court and the Court's staff. I also apologize for not presenting this request at an earlier date.

Dated: August 19, 2008, at San Diego, California.

s/ Raquel M. Gonzalez
RAQUEL M. GONZALEZ
Declarant

## CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name: **Henly v. Martel**
Case No.: **08-1085 JAH (CAB)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 20, 2008, I served the following documents:
**APPLICATION FOR ENLARGEMENT OF TIME TO FILE RESPONDENT'S ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY, 28 U.S.C. § 2254**
by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

David L. Henly
V24196
California Rehabilitation Center
P.O.Box 3535
Norco, CA 92860-0991
Petitioner In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 20, 2008, at San Diego, California.

N. Hernandez
Declarant

Signature

SD2008801707
70134009.wpd