UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE HENLEY, JR., Petitioner, v. MATT MARTEL, Warden, Respondent. | Civil No. 08cv1085 JAH (CAB) **ORDER GRANTING RESPONDENT'S REQUEST FOR AN ENLARGEMENT OF TIME TO FILE AN ANSWER [Doc. No. 6.]** |

Good cause appearing, Respondent's request for an enlargement of time to file an Answer to the Petition for Writ of Habeas Corpus is **GRANTED**. Respondent may file an Answer no later than **September 22, 2008**.

**IT IS SO ORDERED**.

DATED: August 20, 2008

**CATHY ANN BENCIVENGO**
United States Magistrate Judge